7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Natazia Keuhana Robinson
*Debtor*

*Bankruptcy Case No.*
16–40822–can7

**State of Kansas Department of Labor**
  Plaintiff(s)

*Adversary Case No.*
16–04060–can

v.

**Natazia Keuhana Robinson**
  Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The Motion for Default Judgment is granted against Defendant Natazia Keuhana Robinson in the amount of $3,172.26 plus costs of $350.00 and DETERMINATION OF NON–DISCHARGEABILITY

PAIGE WYMORE–WYNN
Court Executive

By: /s/ Jamie McAdams
  Deputy Clerk



Date of issuance: 8/12/16

Court to serve